# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Case Number **17 CR 00307**

U.S.A. v. BRIAN NICHOLAS SIMONE

[✓] Indictment   [ ] Information

Defendant Number  1
Year of Birth  1980
Investigative agency (FBI, DEA, etc.)  USPIS

NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A."

### OFFENSE/VENUE

a. Offense charged as a :

[ ] Class A Misdemeanor   [ ] Minor Offense   [ ] Petty Offense
[ ] Class B Misdemeanor   [ ] Class C Misdemeanor   [✓] Felony

b. Date of Offense  5/9/17

c. County in which first offense occurred

Los Angeles County, California

d. The crimes charged are alleged to have been committed in:

CHECK **ALL** THAT APPLY

[✓] Los Angeles        [ ] Ventura
[ ] Orange             [ ] Santa Barbara
[ ] Riverside          [ ] San Luis Obispo
[ ] San Bernardino     [ ] Other

Citation of Offense  18 USC 1708, 1704, 1029(a)(3)
18 USC 1029(a)(4), 1028(a)(3), 1028A(a)(1)

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:

[✓] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
[ ] Eastern (Riverside and San Bernardino)   [ ] Southern (Orange)

### RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?   [✓] No   [ ] Yes

IF YES   Case Number _____

Pursuant to General Order 16-05, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: MUST MATCH NOTICE OF RELATED CASE _____

### PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on:  5/2/2017
Case Number    MJ 17-00973
Charging    18 USC 1708

The complaint:   [✓] is still pending
[ ] was dismissed on: _____

### PREVIOUS COUNSEL

Was defendant previously represented?   [ ] No   [✓] Yes

IF YES, provide Name:  Craig Harbaugh, DFPD
Phone Number:  213-894-4740

### COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
[ ] Yes*   [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*   [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

### Superseding Indictment/Information

IS THIS A NEW DEFENDANT?   [ ] Yes   [ ] No

This is the _____ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:

Case Number _____
The superseded case:

[ ] is still pending before Judge/Magistrate Judge

[ ] was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
[ ] Yes*   [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*   [ ] No

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CASE SUMMARY**

Was a Notice of Complex Case filed on the Indictment or Information?
☐ Yes  ☑ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

Is an interpreter required?  ☐ YES  ☑ NO
IF YES, list language and/or dialect: _____

**CUSTODY STATUS**

<u>Defendant is **not** in custody:</u>
a. Date and time of arrest on complaint: 5/9/17 10am
b. Posted bond at complaint level on: 5/9/17
   in the amount of $ $15,000
c. PSA supervision?  ☐ Yes  ☐ No
d. Is on bail or release from another district: _____

**OTHER**

☑ Male  ☐ Female
☐ U.S. Citizen  ☐ Alien
Alias Name(s) _____

<u>Defendant is **in** custody:</u>
a. Place of incarceration:  ☐ State  ☐ Federal
b. Name of Institution: _____
c. If Federal: U.S. Marshal's Registration Number: _____

This defendant is charged in:  ☑ All counts
☐ Only counts: _____
☐ This defendant is designated as "High Risk" per 18 USC § 3146 (a)(2) by the U.S. Attorney.
☐ This defendant is designated as "Special Case" per 18 USC § 3166 (b)(7).

Is defendant a juvenile?  ☐ Yes  ☑ No
IF YES, should matter be sealed?  ☐ Yes  ☑ No

The area of substantive law that will be involved in this case includes:

☐ financial institution fraud   ☐ public corruption
☐ government fraud              ☐ tax offenses
☐ environmental issues          ☑ mail/wire fraud
☐ narcotics offenses            ☐ immigration offenses
☐ violent crimes/firearms       ☐ corporate fraud
☐ Other _____

d. ☐ Solely on this charge. Date and time of arrest: _____

e. On another conviction:  ☐ Yes  ☑ No
IF YES:  ☐ State  ☐ Federal  ☐ Writ of Issue

f. Awaiting trial on other charges:  ☐ Yes  ☑ No
IF YES:  ☐ State  ☐ Federal  AND
Name of Court: _____
Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P. ___ 20  ___ 21  ___ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date 05/19/2017

Signature of Assistant U.S. Attorney
Khaldoun Shobaki
Print Name