# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: <u>2:17-CR-00307</u>         Recorder: <u>CS 05/30/2017</u>         Date: <u>05/30/2017</u>

Present: The Honorable <u>Jacqueline Chooljian</u>, U.S. Magistrate Judge

Court Clerk: <u>Hana Rashad</u>                              Assistant U.S. Attorney: <u>Alex Porter</u>

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| 1) BRIAN NICHOLAS SIMONE<br>BOND-PRESENT | CRAIG A. HARBAUGH<br>DFPD | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts in the Indictment.

This case is assigned to the calendar of District Judge Michael W. Fitzgerald.
It is ordered that the following date(s) and time(s) are set:
    Jury Trial 7/11/2017 at 8:30 AM
    Status Conference 6/12/2017 at 3:00 PM
    Defendant and counsel are ordered to appear before said judge at the time and date indicated.

First Appearance/Appointment of Counsel: <u>00 : 00</u>
PIA: <u>00 : 02</u>
Initials of Deputy Clerk: <u>HR by TRB</u>