Yolanda Barrera, Esq. (SBN 91582)
Email: ybarreralaw@gmail.com
421 E. Huntington Drive
Monrovia, CA  91016
Telephone: (626) 574-1053
Facsimile:  (626) 574-9043

Attorney for Defendant: Sonia Araya

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR 17-00307-MWF |
| v. | |
| SONIA ARAYA | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**

Defendant's Application for Order Sealing Documents; Declaration of Yolanda Barrera, Proposed Order to Seal Documents,  Criminal Pleading; proposed order

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

☑ Other   Defendant's Application for Order Sealing Documents; Declaration of Yolanda Barrera, Proposed Order to Seal Documents,  Criminal Pleading; proposed order

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required (*reason*):

| August 21, 2017 | Yolanda Barrera |
|---|---|
| Date | Attorney Name |
| | SONIA ARAYA |
| | Party Represented |

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (02/07)                                    **NOTICE OF MANUAL FILING**